■ BETTY GODFREY, Appellant, v MANCINI SAFE CORPORATION et al., Respondents. [992 NYS2d 887]—Order, Supreme Court,

Bronx County (John A. Barone, J.), entered November 20, 2012, which granted defendants' motions for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff's failure to identify the defect that caused her injury and to attribute such a defect to defendants' negligence is fatal to her claims (see Siegel v City of New York, 86 AD3d 452, 454 [1st Dept 2011]). Plaintiff's speculation that a malfunction in a drawer of a metal safe caused the door of that safe to strike her in the back is insufficient to create a triable issue of fact.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Saxe, Richter, Feinman and Kapnick, JJ.